IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ROME DIVISION

| | |
|---|---|
| MELONDY STRICKLAND, | Civil Action No. |
| Plaintiff, | 4:21-CV-00011-HLM-WEJ |
| v. | JURY TRIAL DEMANDED |
| HIGHLAND FAMILY DENTISTRY PC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

COMES NOW, counsel of record for Plaintiff in the above-captioned matter, and hereby notifies the Court that the Parties have reached a resolution of this matter. The Parties anticipate filing of dismissal of this action, with prejudice, within (14) days.

Respectfully submitted, this 23rd day of May, 2022.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*

V. Severin Roberts
Georgia Bar No. 940504
Counsel for Plaintiff Melondy
Strickland

P.O. Box 530092
Atlanta, Georgia 30353
(404) 214-0120
severin@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ROME DIVISION

| | |
|---|---|
| MELONDY STRICKLAND, | Civil Action No. |
| Plaintiff, | 4:21-CV-00011-HLM-WEJ |
| v. | JURY TRIAL DEMANDED |
| HIGHLAND FAMILY DENTISTRY PC, | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing *NOTICE OF SETTLEMENT* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted, this 23rd day of May, 2022.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*

V. Severin Roberts
Georgia Bar No. 940504