IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

MELONDY STRICKLAND,

   Plaintiff,

v.

DR. AZITA BAHRAMI and
HIGHLAND FAMILY DENTISTRY,
P.C.,

   Defendants.

CIVIL ACTION FILE NO.
4:21-CV-0011-HLM

ORDER

This case is before the Court on Plaintiff's Notice of Settlement [55]
and on the Court's own Motion.

Plaintiff filed a Notice of Settlement indicating that the Parties had
reached a resolution of this matter and that they anticipated filing a notice
of dismissal within fourteen days.  (Notice of Settlement (Docket Entry No.
55).)  The Court finds that it is appropriate to stay all proceedings in this
action, including the Parties' deadline to file the proposed consolidated
pretrial order, and to administratively terminate this action pending the
Parties' finalization of their settlement.

ACCORDINGLY, the Court **STAYS** the proceedings in this case,
including the Parties' deadline to file the proposed consolidated pretrial
order, and **DIRECTS** the Clerk to **ADMINISTRATIVELY TERMINATE** this

action.   Plaintiff may move to reopen this action if the Parties do not succeed in finalizing their settlement.

IT IS SO ORDERED, this the 23rd day of May, 2022.

/s/ Harold L. Murphy

_____

SENIOR UNITED STATES DISTRICT JUDGE